IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOUIS ROBENSON,

    Plaintiff,

v.                                        CASE NO. 4:08cv562-RH/WCS

WALTER A. McNEIL,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 5) and the objections (document 6). I have reviewed *de novo* the issues raised by the objections.

The plaintiff is a state prisoner who has not paid the filing fee but instead seeks to proceed *in forma pauperis*. As set forth in the report and recommendation and seemingly admitted in the objections, the plaintiff has had more than three prior cases dismissed on grounds constituting a "strike" under 28 U.S.C. § 1915(g). The plaintiff thus cannot proceed unless he "is under imminent danger of serious physical injury." *Id*.

In his objections, the plaintiff says he is indeed in imminent danger of being

tortured or killed.  But he gives absolutely no explanation of how or why that is so. It is an empty conclusion devoid of even the slightest factual support.  And the conclusion seems especially unlikely in light of the nature of the plaintiff's claim in this lawsuit:  he seeks issuance of a writ of mandamus directing the Florida Supreme Court to perform what the plaintiff describes as a ministerial duty.  It is hard to conceive a ministerial duty of the Florida Supreme Court that would save the plaintiff from torture or death.

In any event, a prisoner with three strikes who seeks to proceed in forma pauperis based on "imminent danger" must allege some basis for believing he is in danger.  Merely reciting the legal standard will not do.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The plaintiff's motion to proceed *in forma pauperis* (document 2) is DENIED.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on February 14, 2009.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge